THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES WINFIELD, Appellant.— Appeal from an order of the Children's Court, Nassau County (designated in the notice of appeal as "the order and judgment"), adjudging appellant to be the father of complainant's child born out of lawful wedlock on or about June 10, 1954, and directing him to pay $7.50 a week for the child's support and $5 a week toward the $100 hospital bill for complainant's confinement. Order affirmed. No opinion. MacCrate, Acting P. J., Beldock, Murphy and Ughetta, JJ., concur; Schmidt, J., dissents and votes to reverse the order and to dismiss the petition, upon the ground that the finding of paternity is unsupported by entirely satisfactory evidence. (*Commissioner of Public Welfare [McNamee] v. Ryan*, 238 App. Div. 607.) [See *post*, p. 970.]

◼

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROCCO DE VIVO, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of violating section 986 of the Penal Law (book-making), and from the sentence to pay a fine of $75 or to serve twenty days. The fine was paid. Judgment reversed on the law, information dismissed, and fine remitted. The findings of fact are affirmed. The evidence was insufficient to warrant a finding of appellant's guilt beyond a reasonable doubt. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.

◼

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE GRAFFAGNINO, Appellant.— Appeal from an order of the County Court, Suffolk County, denying a motion in the nature of a writ of error *coram nobis* to vacate a judgment rendered March 22, 1938, convicting appellant on his plea of guilty of the crime of robbery, first degree. Order affirmed. No opinion. Nolan. P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.